indicated a disagreement with a specific determination." *Andre v. Principi,* 301 F.3d 1354, 1360 (Fed.Cir.2002) (quoting *Ledford v. West,* 136 F.3d 776, 780 (Fed. Cir.1998)). The Veterans Court, therefore, faithfully followed our guidance provided in *Andre* and *Ledford,* and correctly interpreted section 20.201.

Accordingly, the decision of the Veterans Court is affirmed.

No costs.

gued for defendant-appellant. With her on the brief was Mark R. Fox.

Before RADER, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.

---

**BIOLUMIX, INC., Gideon Eden, and Ruth Eden, Plaintiffs–Appellees,**

v.

**CENTRUS INTERNATIONAL, INC., Defendant–Appellant.**

No. 2008–1589.

United States Court of Appeals, Federal Circuit.

May 7, 2009.

Peter M. Falkenstein, Jaffe, Raitt, Heuer & Weiss P.C., of Ann Arbor, Michigan, argued for plaintiffs-appellees. With him on the brief was David S. McDaniel, of Southfield, Michigan.

Toni L. Harris, Fraser Trebilcock Davis & Dunlap, P.C., of Lansing, Michigan, ar-

---

**Douglas M. FARRAGO, Plaintiff–Appellant,**

v.

**RAWLINGS SPORTING GOODS COMPANY, INC., Defendant–Appellee.**

No. 2008–1554.

United States Court of Appeals, Federal Circuit.

May 7, 2009.

Paul A. Lesko, SimmonsCooper LLC, of East Alton, IL, argued for plaintiff-appellant. With him on the brief were Jo Anna Pollock, and Stephen C. Smith.

Sandra J. Wunderlich, Stinson Morrison Hecker LLP, of St. Louis, MO, argued for